# United States Bankruptcy Court

## District of Connecticut

In re:

Gary P. Dumschott

Case Number: 17-31757

Chapter: 13

Debtor*

## ORDER CONFIRMING THIRD AMENDED CHAPTER 13 PLAN

The above-named Debtor filed a Second Amended Chapter 13 Plan, on May 8, 2018 (ECF No. 24), which was recently modified on May 9, 2018, (the "Third Amended Plan") (ECF No. 29). The Third Amended Plan was transmitted to the creditors pursuant to Federal Rule of Bankruptcy Procedure 3015(d). The Court finds that the Third Amended Plan meets the requirements of 11 U.S.C. § 1325. Accordingly, it is hereby

**ORDERED:** The Debtor's Third Amended Plan is **CONFIRMED** with the following provisions:

Payments shall be made to the Chapter 13 Standing Trustee (the "Trustee"), in the amount of $121.39 weekly beginning on June 15, 2018, for a period of 60 months, and until a 100% dividend is paid to creditors holding allowed unsecured claims; and it is further

**ORDERED:** The Debtor's employer shall deduct payments from the Debtor's earnings, draw checks in the name of the Trustee, and mail the same to the Trustee on or before each due date until further order of this Court.

**Employer Information**

Hampshire Fire Protection
Attn: Payroll Department
P.O. Box 5826
Manchester, NH 03108
Employee I.D. No. 5154

**Mail Checks Payable to the Trustee to this Address**

Roberta Napolitano, Chapter 13 Standing Trustee
PO Box 610
Memphis, TN 38101-0610

**ORDERED:** The Debtor's attorney is awarded attorney's fees in the total amount of $3600.00, of which $3600.00, has been paid, leaving $0.00 due.

Dated at New Haven, Connecticut this 10th day of May, 2018.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut